# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JOSHUA HOWARD,

        Plaintiff,

    v.

NEVIN WEBSTER and
AMY REID,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-500-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed with prejudice against defendants.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____10/22/08_____
Date